# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SUMMIT CANYON RESOURCES, LLC,

    Plaintiff,

vs.

JAMES R. BARKER, as Trustee for The James R. Barker Living Trust dated October 9, 2000, *et al.*,

    Defendants.

Case No. 2:15-cv-02167-JAD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on November 13, 2015. Defendant filed its Answer (#5) on November 23, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 25, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of January, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge